No. —, original. Ex parte Boyce. December 18, 1933. Motion for leave to file petition for writ of mandamus denied. *Mr. Benjamin A. Boyce, pro se.*

No. —, original. Ex parte Dasher. December 18, 1933. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Burton G. Henson* for petitioner.

No. 602. Archerd *v.* Oregon. Jurisdictional statement submitted December 17, 1933. Decided January 8, 1934. *Per Curiam:* The appeal herein is dismissed (1) for the want of a properly presented federal question. *Godchaux v. Estopinal,* 251 U.S. 179; *Rooker* v. *Fidelity Trust Co.,* 251 U.S. 114, 117; *Live Oak Water Users Assn.* v. *Railroad Comm'n,* 269 U.S. 354, 357, 358; (2) for the want of a reviewable judgment by the highest court of the State in which a decision could have been had. *John* v. *Paullin,* 231 U.S. 583, 587; *Newman* v. *Gates,* 204 U.S. 89, 95; *Chesapeake & Ohio Ry. Co.* v. *McDonald,* 214 U.S. 101; *Harrington* v. *Holler,* 111 U.S. 796; and (3) for the want of a substantial federal question, *Equitable Life Assurance Society* v. *Brown,* 187 U.S. 300, 311; *Wabash R. Co.* v. *Flannigan,* 192 U.S. 29; *Roe* v. *Kansas,* 278 U.S. 191. Mandate stayed and motion for leave to file petition for rehearing granted January 22, 1934. *Mr. Chester I. Long* for appellant. *Messrs. I. H. Van Winkle, Ralph E. Moody,* and *Willis S. Moore* for appellee.

No. 665. Agles *v.* Stolze Lumber Co. Jurisdictional statement submitted December 23, 1933. Decided January 8, 1934. *Per Curiam:* The motion of the appellee to dismiss the